JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYES RIOS, JR.,<br><br>        Petitioner,<br><br>    v.<br><br>S. SMITH,<br><br>        Respondent. | Case No. 2:25-CV-5510-SK<br><br>**JUDGMENT** |

    Pursuant to the Order Granting Respondent's Motion to Dismiss, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is dismissed as untimely and that this action is dismissed with prejudice.

DATED:   November 22, 2025

STEVE KIM
United States Magistrate Judge